IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILMA J. THOMPSON,          :

   Plaintiff,              :
                                             Case No. 3:07cv00439
                         :

vs.                                   District Judge Walter Herbert Rice
                         :  Magistrate Judge Sharon L. Ovington

GERMANTOWN CEMETERY, et al.,
                         :

   Defendants.              :

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON MARCH 24, 2009 (Doc. #26); GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES (Doc. # 21); ENTERING JUDGMENT IN THE AMOUNT OF $752.50 IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS GERMANTOWN CEMETERY, GERMAN TOWNSHIP BOARD OF TRUSTEES, AND VILLAGE OF GERMANTOWN, OHIO, JOINTLY AND SEVERALLY; AND MAINTAINING THE TERMINATION OF THIS CASE ON THE DOCKET OF THE COURT**

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #26), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.    The Report and Recommendations filed on March 24, 2009 (Doc. #26) is ADOPTED in full; and

2.    Plaintiff's Motion for Attorney Fees (Doc. #21) is GRANTED;

3.    The Clerk of Court shall enter Judgment in the amount of $752.50 in favor of

Plaintiff and against Defendants Germantown Cemetery, German Township Board of Trustees, and Village of Germantownship, Ohio, jointly and severally; and

4. The case remains terminated on the docket of the Court.

*[signature]*

Walter Herbert Rice
United States District Judge